# Court of Appeals
# of the State of Georgia

ATLANTA, <u>  October 03, 2025  </u>

*The Court of Appeals hereby passes the following order:*

## A26A0446. MICHAL OLEDZKI v. MARGARITA MESA.

In May 2025, Margarita Mesa moved under Georgia's Family Violence Act, OCGA § 19-13-1, et seq., for a permanent Family Violence Protective Order against her former spouse, Michal Oledzki. The trial court granted that motion and entered a permanent protective order that, among other things, barred Oledzki from coming within 500 yards of, and from having any direct or indirect contact with, Mesa. Oledzki subsequently filed a motion under OCGA § 9-11-60 (d), seeking to have the protective order set aside. The trial court denied the motion to set aside, and Oledski filed this direct appeal. We lack jurisdiction.

Appeals of orders entered in domestic relations cases — including cases arising under the Family Violence Act — must be initiated by filing an application for discretionary review. See OCGA § 5-6-35 (a) (2), (b); *Schmidt v. Schmidt*, 270 Ga. 461, 461-462 (1) (510 SE2d 810) (1999), disapproved in part on other grounds by *Gilliam v. State*, 312 Ga. 60, 64 (860 SE2d 543) (2021). See also *Phaneuf v. Anthony*, 375 Ga. App. 636, 637 (917 SE2d 191) (2025). Similarly, the denial of a motion to set aside a final judgment under OCGA § 9-11-60 (d) is also subject to the discretionary application requirement of OCGA § 5-6-35. See OCGA § 5-6-35 (a) (8), (b); *Lemcon USA Corp. v. Icon Technology Consulting*, 301 Ga. 888, 892 (804 SE2d 347) (2017). Compliance with the discretionary appeals procedure is jurisdictional. *Hair Restoration Specialists v. State of Ga.*, 360 Ga. App. 901, 903 (862 SE2d 564) (2021) (failure to comply with the discretionary appeal procedure, where applicable, deprives the appellate court of jurisdiction). Oledzki's failure to follow that procedure deprives

us of jurisdiction over this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,___10/03/2025_____*

     *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

     *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*